IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES R. BRIDEFORTH,<br><br>            Petitioner,<br><br>     vs.<br><br>UNITED STATES OF AMERICA,<br><br>            Respondent. | No. CV-F-00-6107 MDC<br>(No. CR-F-96-5307 MDC)<br><br>ORDER DENYING PETITIONER'S<br>MOTION FOR RECONSIDERATION |

Petitioner's motion for reconsideration is denied. Neither the Supreme Court's decision in <u>Blakely</u> nor the decision in <u>Booker</u> are applied retroactively on collateral review. See <u>Schardt v. Payne</u>, ___ F.3d ___, 2005 WL 1593468 (9th Cir. 2005); <u>Varela v. United States</u>, 400 F.3d 864 (11th Cir. 2005); <u>Humphress v. United States</u>, 398 F.3d 855 (6th Cir. 2005); <u>McReynolds v. United States</u>, 397 F.3d 479 (7th Cir. 2005); <u>Guzman v. United States</u>, 404 F.3d 139 (2nd Cir. 2005).

///

///

1

1 | IT IS SO ORDERED.

2 | **Dated:  August 3, 2005**                    **/s/ Robert E. Coyle**
  | 668554                                                                    UNITED STATES DISTRICT JUDGE