```
 1
 2
 3
 4
 5
 6              IN THE UNITED STATES DISTRICT COURT FOR THE
 7                     EASTERN DISTRICT OF CALIFORNIA
 8
 9   CHARLES R. BRIDEFORTH,       )    No. CV-F-00-6107 MDC
                                  )    (No. CR-F-96-5307 MDC)
10                                )
                                  )    ORDER DENYING PETITIONER'S
11                 Petitioner,    )    MOTION FOR RECONSIDERATION
                                  )
12         vs.                    )
                                  )
13                                )
     UNITED STATES OF AMERICA,    )
14                                )
                                  )
15                 Respondent.    )
                                  )
16   _____)
```

17      Petitioner's motion for reconsideration is denied.  Neither
18 the Supreme Court's decision in Blakely nor the decision in
19 Booker are applied retroactively on collateral review.  See
20 Schardt v. Payne, ___ F.3d ___, 2005 WL 1593468 (9th Cir. 2005);
21 Varela v. United States, 400 F.3d 864 (11th Cir. 2005); Humphress
22 v. United States, 398 F.3d 855 (6th Cir. 2005); McReynolds v.
23 United States, 397 F.3d 479 (7th Cir. 2005); Guzman v. United
24 States, 404 F.3d 139 (2nd Cir. 2005).
25 ///
26 ///

1

1  IT IS SO ORDERED.

2  **Dated: August 5, 2005**                              **/s/ Robert E. Coyle**
   668554                                                 UNITED STATES DISTRICT JUDGE