IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES R. BRIDGEFORTH, | ) | No. CV-F-00-6107 MDC |
| | ) | (No. CR-F-96-5307 MDC) |
| | ) | |
| | ) | ORDER DECLINING TO ISSUE |
| Petitioner, | ) | CERTIFICATE OF APPEALABILITY |
| vs. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

The court hereby declines to issue a certificate of appealability, the court concluding that petitioner has not made a substantial showing of the denial of a constitutional right. IT IS SO ORDERED.

**Dated: August 17, 2005**           /s/ Robert E. Coyle
668554                                UNITED STATES DISTRICT JUDGE

1