IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES R. BRIDGEFORTH,**<br><br>  Petitioner,<br><br>  vs.<br><br>**UNITED STATES OF AMERICA,**<br><br>  Respondent. | No. CR-F-96-5307 OWW<br><br>MEMORANDUM DECISION AND ORDER DENYING PETITIONER'S MOTION FOR REDUCTION OF SENTENCE |

**Petitioner Charles R. Bridgeforth, a federal prisoner proceeding *in pro per*, has filed a motion for reduction of sentence for medical reasons. Petitioner asserts that "[w]ith the sentencing guidelines being advisory, the judge can reduce the sentence for medical reasons."**

**Petitioner's motion is DENIED. The Court has no authority to grant Petitioner's motion. Rule 35(b), Federal Rules of Criminal Procedure, provides for a reduction in sentence for substantial assistance upon motion by the United States. The United States has filed no such motion. 18 U.S.C. § 3582(c)**

provides that the Court "may not modify a term of imprisonment once it has been imposed" except upon motion of the Director of the Bureau of Prisons, § 3582(c)(1)(A), as expressly permitted by Rule 35, Federal Rules of Criminal Procedure, § 3582(c)(1)(B), or because a sentencing range has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(*o*).  None of these exceptions apply to Petitioner's motion.

For the reasons stated, Petitioner Charles R. Bridgeforth's motion for reduction of sentence is DENIED.

IT IS SO ORDERED.

Dated:   December 19, 2008                    /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE